Recht, Appellant, *v.* Clairton Urban
Redevelopment Authority.

Argued November 12, 1959. Before GUNTHER,
WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (RHODES,
P. J., and HIRT, J., absent).

*Joseph I. Lewis,* for appellant.

*William M. Acker,* with him *McCrady & Nicklas,* for appellee.

Opinion per Curiam, December 17, 1959:

The order of the Court of Common Pleas of Allegheny County is affirmed on the opinion of Judge Weiss for the court below reported at 19 Pa. D. & C. 2d 120.